JAMES A. QUADRA, State Bar No. 131084
REBECCA M. COLL, State Bar No. 184468
QUADRA & COLL, LLP
649 Mission Street, 5th Floor
San Francisco, California 94105
Telephone: (415) 426-3502
Facsimile: (415) 795-4530

*Attorneys for Plaintiff J.M.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor,<br><br>           Plaintiff;<br><br>     vs.<br><br>PARLIER UNIFIED SCHOOL DISTRICT, CITY OF PARLIER, OFFICER NEIL O'BRIEN, and GEORGE ALVARADO<br><br>           Defendants. | Case No. 1:21-CV-0261-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

Plaintiff J.M. and Defendants PARLIER UNIFIED SCHOOL DISTRICT, CITY OF PARLIER, OFFICER NEIL O'BRIEN, and GEORGE ALVARADO hereby stipulate as follows:

WHEREAS, Defendant George Alvarado has been served but has not yet appeared, and

WHEREAS, all other defendants have filed Answers to the Complaint, and

WHEREAS, Defendant George Alvarado has accepted service through his attorney via waiver of service of summons, which was transmitted on June 23, 2021, and

WHEREAS, counsel for Defendant George Alvarado has indicated she will appear no later than August 23, 2021,

1
Stipulation and Order

1   NOW THEREFORE the parties stipulate that the Initial Scheduling Conference currently set for August 3, 2021 should be continued to September 21, 2021, or such other date in September as may be convenient to the Court, so that the parties may meet and confer once all counsel have appeared in this matter.

DATED:  July 27, 2021                    Respectfully Submitted,

                                         QUADRA & COLL, LLP


                                   By:   /s/ Rebecca Coll
                                         James A. Quadra
                                         Rebecca M. Coll

                                         Attorneys for Plaintiff


DATED:  July 27, 2021                    ALLEN, GLAESSNER, HAZELWOOD
                                         & WERTH, LLP


                                   By:   /s/ Kevin P. Allen (as authorized on 7/27/21)
                                         Kevin P. Allen

                                         Attorneys for City of Parlier and Officer
                                         Neil O'Brien


DATED:  July 27, 2021                    McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP


                                   By:   /s/ Laura A. Wolfe (as authorized on 7/27/21)
                                         Laura A. Wolfe

                                         Attorneys for Defendant Parlier Unified
                                         School District

| | |
|---|---|
| DATED:  July 27, 2021 | JOHNSON SCHACHTER & LEWIS, PC |

By: /s/ Kellie M. Murphy (as authorized on 7/27/21)
Kellie M. Murphy

Attorneys for Defendant George Alvarado

## ORDER

**GOOD CAUSE APPEARING**, the Mandatory Scheduling Conference currently scheduled for August 3, 2021, at 9:00 a.m. in Courtroom 8, is hereby continued to **September 23, 2021 at 9:30 a.m. in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **July 28, 2021**               /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE