JAMES A. QUADRA, State Bar No. 131084
REBECCA M. COLL, State Bar No. 184468
NIALL VIGNOLES, State Bar No. 170937
QUADRA & COLL, LLP
649 Mission Street, 5th Floor
San Francisco, California 94105
Telephone: (415) 426-3502
Facsimile: (415) 795-4530

*Attorneys for Plaintiff J.M.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor,<br><br>Plaintiff;<br><br>vs.<br><br>PARLIER UNIFIED SCHOOL DISTRICT, CITY OF PARLIER, OFFICER NEIL O'BRIEN, and GEORGE ALVARADO<br><br>Defendants. | Case No. 1:21-cv-0261 AWI BAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

Plaintiff J.M. and Defendants PARLIER UNIFIED SCHOOL DISTRICT, CITY OF PARLIER, OFFICER NEIL O'BRIEN, and GEORGE ALVARADO hereby stipulate as follows:

WHEREAS, Defendant George Alvarado filed a Motion to Dismiss (ECF Doc. 19) that was granted by the Court on November 9, 2021 (ECF Doc. 27); and

WHEREAS, per the Court's order, Plaintiff has until December 13, 2021 to file an amended Complaint; and

WHEREAS, a scheduling conference is currently set for December 6, 2021, prior to Plaintiff's deadline to file an amended Complaint.

1
Stipulation and Order

049912-000323 8067733.1

NOW THEREFORE the parties stipulate that the Initial Scheduling Conference currently set for December 6, 2021 should be continued sixty (60) days or on such a date as may be convenient to the Court, to allow Plaintiff to file his amended Complaint and Defendants to file their responsive pleadings, so that the parties may meet and confer once there is an operative Complaint in this matter.

DATED:  November 29, 2021            Respectfully Submitted,

                                        QUADRA & COLL, LLP

By:   /s/ Rebecca M. Coll
      James A. Quadra
      Rebecca M. Coll
      Attorneys for Plaintiff

DATED:  November 29, 2021            ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By:   /s/ Kevin Allen
      Dale L. Allen, Jr.
      Kevin Allen
      Attorneys for City of Parlier and Officer Neil O'Brien

DATED:  November 29, 2021            McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By:   /s/ Laura A. Wolfe
      Laura A. Wolfe
      Attorneys for Parlier Unified School District

| | | |
|---|---|---|
| DATED:  November 29, 2021 | | JOHNSON SCHACHTER & LEWIS, a P.L.C. |
| | By: | /s/ Kellie M. Murphy |
| | | Kellie M. Murphy |
| | | Attorneys for George Alvarado |

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that the Initial Scheduling Conference currently set for December 6, 2021 should be continued to **February 15, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** At least one (1) week prior to the conference, the parties shall file a Joint Status Report. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:  **November 30, 2021**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

049912-000323 8067733.1