# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J.M., a minor,**<br><br>**Plaintiff**<br><br>v.<br><br>**PARLIER UNIFIED SCHOOL DISTRICT, CITY OF PARLIER, OFFICER NEIL O'BRIEN, and GEORGE ALVARADO,**<br><br>**Defendants** | **CASE NO. 1:21-CV-0261 AWI BAM**<br><br>**ORDER DISMISSING DEFENDANT GEORGE ALVARADO**<br><br>(Doc. No. 19) |

On November 10, 2021, this Court granted Defendant George Alvarado's motion to dismiss and dismissed all claims against him with leave to amend. See Doc. No. 19. The Court gave Plaintiff twenty-eight days to file an amended complaint. See id. As part of the dismissal order, the Court explained: "If Plaintiff fails to timely file an amended complaint, then leave to amend will be automatically withdrawn without further notice and Defendant Alvarado will be terminated from this case without further notice." Id. More than twenty-eight days have passed, and Plaintiff has failed to file an amended complaint.

The Court takes Plaintiff's failure to comply with the November 10 order, and the failure to heed the warning regarding dismissal of Defendant Alvarado, as Plaintiff's decision to decline to pursue claims against Defendant Alvarado. In the absence of any relevant filing relating to Alvarado, the Court will follow the warning of the November 10 order and revoke leave to amend and dismiss Defendant Alvarado.

Accordingly, IT IS HEREBY ORDERED that, due to Plaintiff's failure to file an amended complaint as previously instructed, leave to amend as previously granted in the November 10, 2021 order is WITHDRAWN, and the Clerk shall TERMINATE Defendant George Alvarado from this case.

IT IS SO ORDERED.

Dated: January 6, 2022

SENIOR DISTRICT JUDGE

2