# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.,<br><br>  Plaintiff,<br><br>  v.<br><br>PARLIER UNIFIED SCHOOL DISTRICT, et al.,<br><br>  Defendants. | Case No. 1:21-cv-00261-AWI-BAM<br><br>ORDER GRANTING MOTION TO CONDUCT SETTLEMENT CONFERENCE REMOTELY<br><br>(ECF No. 42) |

This action has been referred for a settlement conference, and a settlement conference has been set for March 29, 2023, at 11:00 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. (ECF Nos. 40, 41.)  On March 22, 2023, the parties filed a stipulated motion to either continue the scheduling conference, or to allow the parties and counsel to appear remotely at the settlement conference.  (ECF No. 42.)  The parties proffer they agreed to such settlement conference with the expectation it would allowed to be conducted remotely, due to the parties and counsel being located in San Francisco and Texas.  (Id.)  The Court finds good cause to grant the request to allow the settlement conference to proceed with remote appearances of counsel and the parties, subject to the conditions expressed below, as well as the conditions previously stated in the order issued on January 23, 2023.  (ECF No. 40.)

 The parties shall ensure that each individual party, participant, or counsel, have their own electronic device to connect to and attend the settlement conference, for the duration of the

conference. In other words, each and every participant shall appear on their "own screen," as to best facilitate the conference as if the parties were present in person. Counsel shall ensure each participant has an electronic device with sufficient processing power and internet connection for the participants' video connection to remain stable during the entirety of the conference. Remote participants may turn off their camera when not actively participating, however, remote participants shall remain in attendance in a manner so they may participate on demand without delay. Further, while it goes without saying, the Court is forced to remind all parties allowed to appear via a video platform that they must dress appropriately and have appropriate backgrounds as if they were testifying or appearing in court.

All parties required to appear at the settlement conference shall appear via videoconference. The parties may contact Judge Boone's Courtroom Deputy Clerk Victoria Gonzales at vgonzales@caed.uscourts.gov or (559) 499-5672, with any questions or to obtain assistance in complying with this order. The Courtroom Deputy will contact the parties with the videoconference login information prior to the settlement conference.

Failure to comply with this order, or if at the time of the conference, the Court finds the parties are not engaging in good faith, due to the parties' remote attendance or otherwise, the Court will vacate or continue the settlement conference during the conference and order such settlement conference to be held in person at a later date.

Accordingly, IT IS HEREBY ORDERED that the motion to remotely attend the settlement conference on March 29, 2023, is GRANTED, subject to the conditions expressed in this order.

IT IS SO ORDERED.

Dated:   **March 23, 2023**

UNITED STATES MAGISTRATE JUDGE