# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARLIER UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00261-AWI-BAM<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 40, 41, 43)<br><br>**DEADLINE: MAY 15, 2023** |

　　This action was filed on February 25, 2021.  (ECF No. 1.)  A settlement conference was set for March 29, 2023, before Magistrate Judge Stanley A. Boone.  (See ECF Nos. 41, 43.)  The Court permitted the parties to appear remotely.  (ECF No. 43.)  At the March 29, 2023 settlement conference, the parties reached a settlement agreement and requested 45 days to file the dispositional documents.

　　Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  E.D. Cal. L.R. 160(b).  The Court finds good cause exists to grant the extension.

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **May 15, 2023**.

IT IS SO ORDERED.

Dated: __**March 29, 2023**__  
                                                  UNITED STATES MAGISTRATE JUDGE

2